ORIGINAL

RECEIVED
JUL 22 2008
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Clain

## Cover Sheet

Plaintiff(s) or Petitioner(s)
Hardie's Fruit & Vegetable Co. - South, L.P.

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Johnathan M. Bailey

Firm Name: Bailey & Bailey, P.C.

08-534 C

Post Office Box:

Street Address: 115 East Travis, Suite 711

City-State-Zip: San Antonio, Texas 78205

Telephone & Facsimile Numbers: (210) 225-7747 & (210) 225-8246

Is the attorney of record admitted to the Court of Federal Claims Bar? ■ Yes ☐ No

Does the attorney of record have a Court of Federal Claims ECF account? ■ Yes ☐ No
If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code: 1 3 8

Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: D O D
See attached sheet for three-digit codes.

Amount Claimed: $ n/a
Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? ☐ Yes ■ No
If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $ 9,800,000.00
Is plaintiff a small business? ■ Yes ☐ No

Vaccine Case:
Date of Vaccination:

Related Cases:
Is this case directly related to any pending or previous case? ☐ Yes ■ No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.