ORIGINAL

FILED
JUL 22 2008
U.S. COURT OF FEDERAL CLAIMS

UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| HARDIE'S FRUIT & VEGETABLE CO.- SOUTH, LP, | § | |
| PLAINTIFF, | § | No. 08-534 C |
| vs. | § | |
| UNITED STATES OF AMERICA. | § | |
| DEFENDANT. | § | |

## APPLICATION FOR TEMPORARY RESTRAINING ORDER

Plaintiff Hardie's Fruit & Vegetable Co.- South, LP, ["Hardie's"] moves that the Court enter an Order enjoining Defendant, the United States of America, acting through its agent Mr. Frank Holder, Contracting Officer, Defense Logistics Agency, Defense Supply Center Philadelphia, 700 Robbins Avenue, Philadelphia, Pennsylvania, 19111-5092, from taking any action to proceed with performance of solicitation number SPM300-06-R-0008 pending the resolution of this matter.

The grounds of this motion as more fully set forth in the verified Complaint and supporting memorandum, are as follows:

1. Defendant, unless enjoined, will proceed with award of a contract under solicitation SPM300-06-R-0008 in violation of the Small Business Act and its implementing regulations, particularly 13 CFR §121.406.

2. Plaintiff is likely to succeed on the merits in this action and to obtain the preliminary and permanent relief prayed for in the complaint, since Defendant's violation of applicable size regulations are clear, and the protested award of a contract

under a firm that is not a legitimate small business on procurement set aside exclusively for small business competition is plainly prohibited by law.

3. Unless Defendant is restrained pending a hearing on Plaintiff's motion for preliminary injunction, the injury to Plaintiff in the interim will be irreparable even by final judgment for Plaintiff, since there is no cause of action for monetary relief;

4. No injury will be sustained by Defendant or by the public through issuance of a temporary restraining order, as Defendant can continue to obtain necessary services from existing sources as it has done during the pendency of this procurement and proceedings before SBA;

5. Plaintiff has no adequate remedy at law.

6. Temporary restraining order will serve the public interest in that it will effectuate public policy as expressed in the Small Business Act and the Competition in Contracting Act.

WHEREFORE, Plaintiff respectfully requests that this Application for Temporary Restraining order be granted.

Dated: July 18, 2008

Respectfully Submitted,

Johnathan M. Bailey
SBN 24000009

Of Counsel:
BAILEY & BAILEY, P.C.
Milam Building, Suite 711
115 East Travis
San Antonio, Texas 78205-1611
Telephone: (210) 225-7747
Facsimile: (210) 225-8246

Attorneys for Plaintiff
HARDIE'S FRUIT &
VEGETABLE, CO.- SOUTH, LP.

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing Motion for Preliminary Injunction and Preliminary Injunction to be delivered by Overnight Delivery to the following this 18th day of July, 2008, by the undersigned.

Mr. Frank Holder, Contracting Officer
Defense Logistics Agency
Defense Supply Center Philadelphia
700 Robbins Avenue
Philadelphia, Pennsylvania 19111-5092
**Federal Express # 8652 0945 2950**

Attorney General of the United States
U.S. Department of Justice
1100 L Street, NW, 8th Floor
Washington, DC 20530
**Federal Express # 8652 0945 2960**

Ms. Pamela Mazza
Piliero Mazza, PLLC
888 17th Street, NW, Ste. 1100
Washington, DC 20006
Attorney for M&S Foods, Ltd. Co.
**Federal Express #8652 0945 2971**

JOHNATHAN M. BAILEY