ORIGINAL

FILED
JUL 22 2008
U.S. COURT OF FEDERAL CLAIMS

UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| HARDIE'S FRUIT & VEGETABLE CO.- SOUTH, LP, | § | |
| PLAINTIFF, | § | 08-534 C |
| | § | No. |
| vs. | § | |
| UNITED STATES OF AMERICA | § | |
| DEFENDANT. | § | |

MOTION FOR PRELIMINARY INJUNCTION

Plaintiff moves that the Court enter an Order enjoining Defendant, the United States of America, acting through its agent Mr. Frank Holder, Contracting Officer, Defense Logistics Agency, Defense Supply Center Philadelphia, 700 Robbins Avenue, Philadelphia, Pennsylvania, 19111-5092, from taking any action to proceed with award or performance of Solicitation No. SPM300-06-R-0008 pending the resolution of this matter.

The grounds of this motion, as more fully set forth in the verified Complaint and supporting memorandum are as follows:

1. Defendant, unless enjoined, will proceed with award of a contract under solicitation SPM300-06-R-0008 in violation of the Small Business Act and its implementing regulations, particularly 13 CFR §121.406.

2. Plaintiff is likely to succeed on the merits in this action and to obtain the preliminary and permanent relief prayed for in the complaint, since Defendant's violation of applicable size regulations are clear, and the protested award of a contract

under a firm that is not a legitimate small business on procurement set aside exclusively for small business competition is plainly prohibited by law.

3. Unless Defendant is restrained pending final disposition of this action, the injury to Plaintiff in the interim will be irreparable even by final judgment for Plaintiff, since there is no cause of action for monetary relief.

4. No injury will be sustained by Defendant or by the public through issuance of a preliminary injunction, as Defendant can continue to obtain necessary services from existing sources as it has done during the pendency of this procurement and proceedings before SBA;

5. Plaintiff has no adequate remedy at law.

6. Preliminary Injunction will serve the public interest in that it will effectuate public policy as expressed in the Small Business Act and the Competition in Contracting Act.

7. The apparently successful offeror, M&S Foods, Ltd. Co. although not an awardee, has been served with a copy of all documents filed in this matter by Federal Express delivered to its attorney, Pamela Mazza, Piliero Mazza, PLLC, 888 17th Street, NW, Ste. 1100, Washington, DC 20006.

WHEREFORE, PREMISES CONSIDERED, HARDIE'S FRUIT & VEGETABLE CO.- SOUTH, LP, prays that, upon consideration of the pleadings, that Plaintiff's Motion for Preliminary Injunction be granted.

Dated: July 18, 2008

Respectfully Submitted,

Johnathan M. Bailey
SBN 24000009

Of Counsel:
BAILEY & BAILEY, P.C.
Milam Building, Suite 711
115 East Travis
San Antonio, Texas 78205-1611
Telephone: (210) 225-7747
Facsimile: (210) 225-8246

Attorneys for Plaintiff
HARDIE'S FRUIT &
VEGETABLE CO.- SOUTH, LP.