IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HARDIE'S FRUIT & VEGETABLE COMPANY- SOUTH, LP, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 08-534C |
| | ) | (Senior Judge Hodges, Jr.) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of David M. Hibey, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

David M. Hibey
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W., Room 7028
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/David M. Hibey
DAVID M. HIBEY
Trial Attorney
Commercial Litigation Branch
Civil Division
Telephone: (202) 307-0163
Facsimile: (202) 305-7643
E-mail: David.Hibey@usdoj.gov

Dated: July 22, 2008

**CERTIFICATE OF FILING**

I hereby certify that on the 22nd day of July, 2008, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/David M. Hibey