# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * | | |
| HARDIE'S FRUIT & VEGETABLE CO. - SOUTH, LP, | * | |
| | * | |
| Plaintiff, | | No. 08-534C |
| | * | |
| v. | | Filed: July 24, 2008 |
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Defendant. | | |
| | * | |
| * * * * * * * | | |

**ORDER**

Counsel agreed by telephone yesterday to argue plaintiff's motions for preliminary and permanent injunctions in the captioned case on Friday, July 25. The hearing is scheduled for 2:30 p.m. Eastern, in a courtroom to be posted in the lobby tomorrow morning. Plaintiff's counsel will appear by telephone. M&S Foods Co., Ltd. will appear as intervenor, represented by Saltzman & Stevens, Isaias Alba IV, Esquire, attorney of record.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge