# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * | * | |
| HARDIE'S FRUIT & VEGETABLE CO. - SOUTH, LP, | * | |
| | * | |
| Plaintiff, | | No. 08-534C |
| | * | |
| v. | | Filed: July 28, 2008 |
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Defendant. | | |
| | * | |
| * * * * * * | * | |

**ORDER**

M&S Foods Co., Ltd.'s oral motion to intervene is GRANTED. Intervenor is represented by Saltzman & Stevens, Isaias Alba IV, Esquire, attorney of record.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge