# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * | * | |
| HARDIE'S FRUIT & VEGETABLE CO. - SOUTH, LP, | * | |
| Plaintiff, | * | No. 08-534C |
| v. | * | Filed: August 8, 2008 |
| UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |
| * * * * * * | * | |

## ORDER

We held a preliminary status conference on July 25. The parties agreed to the following schedule for filing dispositive motions:

| | |
|---|---|
| Cross Motions for Summary Judgment | August 22, 2008 |
| Cross Response Motions | August 29, 2008 |

The Government will file the administrative record today and will file a copy by cd-rom. The parties will let the court know of a convenient date for oral arguments. If we can provide further assistance, please contact chambers at (202) 357-6572.

SO ORDERED.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge