IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HARDIE'S FRUIT & VEGETABLE COMPANY -SOUTH, LP , | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08-534C |
| v. | ) | |
| | ) | (Senior Judge Hodges) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S NOTICE OF FILING

Pursuant to the Court's August 8, 2008 order, the United States hereby files the administrative record of the Small Business Administration and the Defense Logistics Agency on CD-Rom.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Martin F. Hockey by Mark A. Melnick

_

MARTIN F. HOCKEY
Assistant Director

s/ David M. Hibey
DAVID M. HIBEY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street N.W.
Washington, DC 20530
Tele: (202) 307-0163
Fax: (202) 305-7643

Dated: August 8, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on this 8th day of August, 2008, a copy of the foregoing "Notice of Filing Administrative Record" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/David M. Hibey