IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| HARDIE'S FRUIT & VEGETABLE CO. – SOUTH, L. P. | § | |
| | § | |
| Plaintiff, | § | No. 08-534C |
| | § | (Judge H. Hodges) |
| vs. | § | |
| | § | |
| THE UNITED STATES, | § | |
| | § | |
| Defendant. | § | |

MOTION FOR JUDGMENT UPON THE ADMINISTRATIVE RECORD

NOW COMES Hardie's Fruit and Vegetable Co., L.P., Plaintiff, and hereby submits this Motion for Judgment Upon the Administrative Record pursuant to RCFC 52.1. As set forth in more detail in the accompanying memorandum in support of this motion, the record as it exists clearly demonstrates that the decision of the Small Business Administration's Office of Hearings and Appeals challenged herein was arbitrary, capricious and not in accordance with applicable law. There being no genuine issue as to any material fact, grant of judgment upon the administrative record is appropriate.

WHEREFORE, Plaintiff respectfully prays that upon consideration of the record and the arguments made herein, this Court grant Plaintiff's Motion for Judgment on the Administrative record and grant Plaintiff's requests for declaratory and injunctive relief in their entirety.

Dated: August 22, 2008

Respectfully Submitted,

BAILEY & BAILEY, P.C.
Milam Building, Suite 711
115 East Travis
San Antonio, Texas 78205-1614
Telephone: (210) 225 7747
Facsimile: (210) 225 8246

By: ______________________
Johnathan M. Bailey
SBN 24000009

Attorney for Plaintiff
Hardie's Fruit & Vegetable Co. – South, L.P.

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing Motion for Judgment Upon the Administrative Record has been caused to be delivered by Overnight Delivery to the following this 22nd day of August, 2008, by the undersigned.

Isaias "Cy" Alba, Esq.
Piliero Mazza PLLC
888 17th Street, NW, Suite 1100
Washington, DC 20006
**FEDERAL EXPRESS**

David Hibey
U.S. Department of Justice
Civil Division
1100 L Street, NW
Washington, DC 20530
**FEDERAL EXPRESS**

JOHNATHAN M. BAILEY