IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| HARDIE'S FRUIT AND VEGETABLE CO. - SOUTH, LP, | § | |
| | § | |
| | § | |
| Plaintiff, | § | No. 08-534C |
| | § | (Judge Robert H. Hodges, Jr.) |
| | § | |
| vs. | § | |
| | § | |
| THE UNITED STATES | § | |
| | § | |
| Defendant. | § | |

PLAINTIFF'S MOTION FOR LEAVE TO CORRECT PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR JUDGMENT UPON ADMINISTRATIVE RECORD

Plaintiff, Hardie's Fruit and Vegetable Co. – South L.P. hereby moves the Court for leave to submit a corrected Memorandum in Support of Motion For Judgment Upon the Administrative Record and shows the court as follows:

Plaintiff submitted a Memorandum in Support of its Motion For Judgment on the Administrative Record on August 22, 2008. In that Memorandum, there are some mistaken references to the name "Hardie's" where the name "City Produce (Sysco)" was intended. Plaintiff requests leave to correct its Memorandum in order to reform the Motion to remove these non-substantial typographical errors.

PARTY OBJECTIONS

Counsel for Defendant has no objection to Plaintiff submitting a corrected memorandum.

## RELIEF REQUESTED

Plaintiff requests that this Court grant Plaintiff leave to file a Corrected Memorandum in Support of Motion for Judgment on the Administrative Record in order to correct the typographical errors submitted in the original August 22, 2008 Motion and Memorandum.

Dated: September 3, 2008

Respectfully Submitted,

BAILEY & BAILEY, P.C.
Milam Building, Suite 711
115 East Travis
San Antonio, Texas 78205-1614
Telephone: (210) 225 7747
Facsimile: (210) 225 8246

By: /s/ Johnathan M. Bailey
Johnathan M. Bailey
SBN 24000009

Attorney for Plaintiff
Hardie's Fruit & Vegetable Co. – South, L.P.

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing Motion For Leave To Correct Plaintiff's Memorandum In Support Of Motion For Judgment Upon Administrative Record has been caused to be delivered by the Electronic Filing System of the court to the following this 3rd day of September, 2008, by the undersigned.

Isaias "Cy" Alba, Esq.
Piliero Mazza PLLC
888 17th Street, NW, Suite 1100
Washington, DC 20006

David Hibey
U.S. Department of Justice
Civil Division
1100 L Street, NW
Washington, DC 20530

/s/ Johnathan M. Bailey
JOHNATHAN M. BAILEY

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

| | | |
|---|---|---|
| HARDIE'S FRUIT AND VEGETABLE CO. - SOUTH, LP, | § | |
| | § | |
| Plaintiff, | § | No. 08-534C (Judge Robert H. Hodges, Jr.) |
| | § | |
| vs. | § | |
| | § | |
| THE UNITED STATES | § | |
| | § | |
| Defendant. | § | |

ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE CORRECTED PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR JUDGMENT ON THE ADMINISTRATIVE RECORD

For good cause shown, the "Motion for Leave to File Corrected Memorandum in Support of Motion For Judgment Upon the Administrative Record" is granted. Plaintiff, Hardie's Fruit and Vegetable Co. South, L.P. has leave of this court to file a corrected Memorandum in Support of Motion For Judgment Upon the Administrative Record.

IT IS SO ORDERED this ____ day of September, 2008.

______________________________

Robert H. Hodges, Jr.
UNITED STATES DISTRICT JUDGE