# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * | * | |
| HARDIE'S FRUIT & VEGETABLE CO. - SOUTH, LP, | * | |
| Plaintiff, | * | No. 08-534C |
| v. | * | Filed: September 5, 2008 |
| UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |
| * * * * * * | * | |

## ORDER

A hearing is scheduled for Tuesday, September 9 at 10:00 Eastern in the National Courts Building ,Washington, DC.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge