# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * | * | |
| HARDIE'S FRUIT & VEGETABLE CO. - SOUTH, LP, | * | |
| Plaintiff, | * | No. 08-534C |
| v. | * | Filed: September 12, 2008 |
| UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |
| * * * * * * * | * | |

**ORDER**

Plaintiff filed a motion for leave to file a corrected Memorandum in Support of its Motion for Judgment on the Administrative Record. For good cause shown, the motion is **GRANTED**.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge