IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

| | | |
|---|---|---|
| HARDIE'S FRUIT & VEGETABLE COMPANY -SOUTH, LP, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 08-534C (Senior Judge Hodges) |
| THE UNITED STATES, | ) | |
| Defendant, | ) | |
| and | ) | |
| M&S FOODS LTD. CO., | ) | |
| Intervenor | ) | |

**MOTION FOR LEAVE TO FILE NOTICE OF AUTHORITY**

Defendant, United States, respectfully requests leave to file notice of a size determination, attached hereto as Exhibit A, issued today by the Small Business Administration's Office of Government Contracting--Area III ("Area Office"). Although not binding authority upon this Court, the attached Area Office size determination involves the same solicitation and concerns the same legal issues which are before the Court in the above-captioned matter. Counsel for the intervenor indicated that he consents to this filing. Counsel for the defendant indicated that he would oppose this motion.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Martin F. Hockey
MARTIN F. HOCKEY
Assistant Director

OF COUNSEL:
BEVERLEY HAZLEWOOD LEWIS
Office of General Counsel
Small Business Administration
409 Third Street, S.W., Suite 7200
Washington D.C. 20415

s/ David M. Hibey
DAVID M. HIBEY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street N.W.
Washington, DC 20530
Tele: (202) 307-0163
Fax: (202) 305-7643

Dated: September 12, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on this 12th day of September, 2008, a copy of the foregoing "MOTION FOR LEAVE TO FILE NOTICE OF AUTHORITY" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/David M. Hibey