Cite as: *Size Appeal M&S Foods Ltd. Co.*, SBA No. SIZ-4988 (2008)

**United States Small Business Administration**
**Office of Hearings and Appeals**

| | |
|---|---|
| SIZE APPEAL OF:<br><br>M&S Foods Ltd. Co.<br><br>Appellant<br><br>Appealed from<br>Size Determination No. 3-2008-42 | SBA No. SIZ-4988<br><br>Decided: August 25, 2008 |

ORDER REMANDING PROCEEDING

On June 6, 2008, the Small Business Administration (SBA) Office of Government Contracting - Area III (Area Office), in Atlanta, Georgia, issued a size determination finding M&S Foods Ltd. Co. (Appellant) to be an other than small business concern for the instant procurement.

On June 20, 2008, Appellant filed the instant appeal with the Office of Hearings and Appeals (OHA). Appellant argues the Area Office's size determination finding Appellant unduly reliant on Thomas Brothers Produce, under 13 C.F.R. § 121.103(h)(4), is based on clear error of fact and law.

On July 14, 2008, OHA ruled on an identical appeal filed by Appellant involving the above-listed procurement for the same region, but a different zone. *Size Appeal M&S Foods Ltd. Co.*, SBA No. SIZ-4971 (2008). After OHA issued its decision, Hardie's Fruit & Vegetable Co., Inc., appealed to the U.S. Court of Federal Claims.

Due to the unique issues presented in this case and the companion case pending before the U.S. Court of Federal Claims, on August 8, 2008, I requested that the SBA Office of General Counsel (OGC) file comments on the issues presented by Appellant in its Appeal Petition.

On August 15, 2008, the SBA OGC filed an unopposed Motion to Remand. SBA OGC stated a remand to the Area Office would permit SBA to issue a new size determination consistent with current applicable law.

Because the motion is unopposed and the parties will have full rights to appeal to OHA if adversely affected by the new determination, 13 C.F.R. § 134.302(a), SBA OGC's Motion for

Remand is GRANTED. Therefore, I VACATE Size Determination No. 3-2008-42 and ORDER the Area Office to issue a new size determination in this matter consistent with the decision in *Size Appeal M&S Foods Ltd. Co.*, SBA No. SIZ-4971 (2008).

CHRISTOPHER HOLLEMAN
Administrative Judge

CERTIFICATE OF SERVICE

I hereby certify that, on May 12, 2008, I served the foregoing, by facsimile transmission upon the following:

Pamela J. Mazza
Isaias "Cy" Alba, IV
Pilicro Mazza, PLLC
888 17th Street, NW, Suite 1100
Washington, DC 20006
Fax (202) 857-0200

Frank G. Holder, Contracting Officer
Defense Supply Center Philadelphia
Subsistence Supplier Operations
700 Robbins Avenue
Philadelphia, PA 19111
Fax (215) 737-7166

Peter Schalestock, Esq.
Acting General Counsel
U.S. Small Business Administration
409 Third Street, S.W.
Washington, DC 20416-0005
Fax (202) 205-6846

Mitchell Morand, Area Director
U.S. Small Business Administration
Office of Government Contracting, Area III
233 Peachtree Street, Suite 1805
Atlanta, GA 30303
Fax (404) 331-2956

Johnathan M. Bailey, Esq.
Bailey & Bailey, P.C.
Counsel for Hardie's Fruit & Vegetable Co..
The Milam Building, Suite 711
115 East Travis Street
San Antonio, TX 78205-8246
Fax (210) 225-8246

John W. Klein, Esq.
Assoc. General Counsel for Procurement Law
U.S. Small Business Administration
409 Third Street, S.W., Fifth Floor
Washington, DC 20416-0005
Fax (202) 205-6873

Patricia Lee

Patricia Lee
Office of Hearings and Appeals